VRP:llk
File No. 2002A99444

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | MISCELLANEOUS NO. 02-MC-141 |
| TIMOTHY J. HAYES, M.D., | : | |
| Defendant | : | |
| and | : | |
| THE WYANOKE GROUP<br>6900 Grove Road<br>Thorofare, NJ 08086, | :<br><br>: | |
| Garnishee | : | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant, **Timothy J. Hayes, M.D.**, whose last known address is **500 E. Lancaster Avenue, Apt#: 137A, Wayne, PA 19087**, in the above cited action as of **April 14, 2008**, in the following amount:

| | | |
|---|---|---|
| Principal Amount | - | $162,967.89 |
| Interest | - | 598.44 |
| at the rate 2.40% | | |
| (compounded annually) | | |
| Court Cost | - | 0.00 |
| Adm. Charge | - | 0.00 |
| **TOTAL AMOUNT** | | **$163,566.33** |

Demand for payment of the above-stated debt was made upon the defendant not less than 30 days from **October 3, 2007**, and the defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the defendant, or is in possession of property of the defendant, and said property is a nonexempt interest of the defendant.

The name and address of the Garnishee or his authorized agent is:

THE WYANOKE GROUP
6900 Grove Road
Thorofare, NJ 08086

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

_____VRP2176_____
VIRGINIA R. POWEL
Assistant United States Attorney
I.D. Number 32230

VRP:llk
File No. 2002A99444

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | MISCELLANEOUS NO. 02-MC-141 |
| TIMOTHY J. HAYES, M.D., | : | |
| | : | |
| Defendant | : | |
| and | : | |
| THE WYANOKE GROUP<br>6900 Grove Road<br>Thorofare, NJ 08086-9447, | : | |
| | : | |
| Garnishee | | |

## WRIT OF CONTINUING GARNISHMENT

TO: **THE WYANOKE GROUP**
**6900 Grove Road**
**Thorofare, NJ 08086-9447**

An application for a Writ of Continuing Garnishment against the property of **Timothy J. Hayes, M.D.** defendant, has been filed with this Court. Judgment has been entered against the above-named defendant in the amount of **$176,869.24,** computed through **April 14, 2008**, the total amount being **$163,566.33 (principal $162,967.89, interest (2.40% $598.44).**

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the defendant, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the defendant any future payments and whether such payments are weekly _____, bi-weekly _____ or monthly _____.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the **Clerk, United States District Court** at **2609 U.S. Courthouse, 601 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19106.** Additionally, you are required by law to serve a copy of your answer to this writ upon the defendant, **Timothy J. Hayes**, at **500 E. Lancaster Avenue, Apt#: 137A Wayne, PA 19087**, and upon the **United States Attorney's Office** at **615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106-4476, ATTN: Financial Litigation Unit.**

Under the law, there may be property which is exempt from this writ.

Pursuant to 15 U.S.C. §1674, you are prohibited from discharging the defendant from employment by reason of the fact that the defendant's earnings have been subject to garnishment for any one indebtedness.

You are required to withhold and retain any property in which the defendant has a substantial non-exempt interest. You must continue to withhold and retain any of the defendant's property that comes into your possession until the writ is paid in full or judgment is terminated.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear

before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the defendant's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

_____
**United States District Court Judge**