VRP:llk
File No. 2002A99444

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                  :

          Plaintiff                              :

            v.                               :      MISCELLANEOUS  NO. 02-MC-141
TIMOTHY J. HAYES, M.D.,

                                :

          Defendant                            :

         and                                   :

THE WYANOKE GROUP                          :
6900 Grove Road
Thorofare, NJ 08086-9447,                  :

          Garnishee

**FILED**

JUN 20 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ANSWER OF THE GARNISHEE

Denise Mealey _____, hereby certifies that:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

_____.

              (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which

Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) *Senior Vice President* of Garnishee, *the w/Manike Group* a

corporation, organized under the laws of the State of *New Jersey ( March 2007)*

On *June 4th*, 2008, Garnishee was served with the Writ of Continuing

Garnishment. For the pay period in effect on the date of service (shown above):

Yes    No

√    ___    1.    Defendant is in my/our employment.

2.    Pay period is _____ weekly, √ bi-weekly

_____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which

this order and notice of garnishment were

served)  DATE: _____

3.    Enter amount of net wages. Calculate below:

(a) Gross Pay                          $ 9231.00

(b) Federal income tax                 $ 1918.47

© F.I.C.A. income tax                  $ 553.67 - SSEC
                                         129.48 - MDCR
*Hospitalization*                        335.54
(d) State income tax                   $ 273.09
*Loan - Child Support*                   362.24
(e) City/local income tax              $
*Loan2- Company loan*                    750.00
Total of tax withholdings              $ 2874.41

Net Wages                              $ 4908.51
(a less total of b,c,d,e)

YES  NO

X  _____    4.  Have there been previous garnishments in effect?  If the answers is yes, describe below.  *IRS- Diweekly amount $5090.07 started in April 6,2007 -Levy Released Dec 18,2007.*

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-defendant in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

Check the applicable line below if you deny that you hold property subject to this order of garnishment.

_____    The Garnishee makes the following claim of exemption on the part of Defendant:_____

_____

VRP:llk

TO: THE WYANOKE GROUP
   6900 Grove Road
   Thorofare, NJ 08086-9447

## INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Continuing Garnishment requesting that you determine whether or not

you have in your possession, custody or control any of the property of the defendant listed therein, or any

other property to the defendant as set forth in the writ. **You are required by law to serve a written**

**answer to this writ within 10 days of your receipt.** Upon your receipt of the forthcoming garnishment

order, you will be required to withhold and retain any property in which the defendant has a substantial

non-exempt interest.  The amount to be withheld will be stated in said order.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN
ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT
AMOUNT OF THE DEFENDANT'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO
WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE
ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES
FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR
FAILURE TO COMPLY WITH THIS WRIT**.

If you have any additional questions, please call the United States Attorney's Office, Levain

L. Kelly, Financial Litigation Agent at (215) 861-8560 or by mail to: The United States Attorney's Office,

615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106-4476.

## CERTIFICATION OF SERVICE OF GARNISHEE

I, _Wyeth Group_, Garnishee, certify that a copy of the foregoing Answer

of Garnishee was served by first-class mail to (1) the Defendant, (please give name and address):

_____

_____

_____

**FILED**

JUN 20 2008

**MICHAEL E. KUNZ, Clerk**
By _____ Dep. Clerk

and  (2) the United States Attorney's Office at; 615 Chestnut Street, Suite 1250,

Philadelphia, Pennsylvania 19106-4476, ATTN: Financial Litigation Unit and (3) the Original

mailed to Clerk, U.S. District Court, 2609 U.S. Courthouse, 601 Market Street, 2nd Floor,

Philadelphia, Pennsylvania 19106.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT, EXECUTED THE _____ DAY OF _____, 2008.

_____
Garnishee

____ Or has the following objections, defenses, or set-offs to Plaintiff's right to apply

Garnishee's indebtedness to Defendant upon Plaintiff's claim:_____

_____

____ The Garnishee has in no manner and upon no account been indebted or under liability to

the Defendant, **TIMOTHY J. HAYES, M.D.,** and that the Garnishee has not possessed

or control any property belonging to the Defendant.

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

**Clerk, United States District Court**
2609 U.S. Courthouse
2nd Floor
601 Market Street
Philadelphia, Pennsylvania 19106

and a copy of this Answer to:

**United States Attorney's Office**
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476

and a copy of this Answer to the Defendant:

**Timothy J. Hayes, M. D.**
**500 E. Lancaster, Apt#: 137A**
**Wayne, PA  19087**