VRP:LLK
File No. 2002A99444

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,             :

                  Plaintiff             :

              v.             : MISCELLANEOUS NO. 02-MC-141

TIMOTHY J. HAYES, M.D.,             : **FILED**

               Defendant             : JUL 2 3 2008

              and             : **MICHAEL E. KUNZ,** Clerk
                                  **By**_____Dep. Clerk

THE WYANOKE GROUP             :
6900 GROVE ROAD
Thorofare, NJ 08086-9947,             :

              Garnishee             :

### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and

served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed

an Answer on **June 20, 2008,** stating that at the time of the service of the writ he had in his

possession or under his control personal property belonging to and due defendant, and that

garnishee was indebted to defendant in the sum of **$163,566.33.** The current debt balance as July

14, 2008, is $164,542.25 (principal $163,983.10, and interest $559.15).

On **June 12, 2008,** the defendant was notified of his right to a hearing and has not

requested a hearing to determine exempt property, it is hereby, ORDERED that Garnishee pay

the sum of **25% of net earnings** per pay to plaintiff and continue said payments until the debt to

Case 2:02-mc-00141-TMG   Document 5   Filed 07/15/2008   Page 2 of 15

the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

Payments must be made payable to the "U.S. Department of Justice" and sent to this address:

> U.S. Attorney's Office
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA 19106-4476
> Attn: Financial Litigation Unit

DATE: 7/22/08

Honorable Thomas M. Golden
United States District Court Judge